AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Wondell Timmons, Jr., )<br>)<br>Plaintiff(s), )<br>)<br>vs )<br>)<br>Lasheena Crawford, )<br>)<br>Defendant(s). ) | No.  4:24-cv-00783-JDA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that  *(check one)*:

❒ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%,  along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed without prejudice and without issuance and service of process.

This action was  *(check one)*:
❒ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❒ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Jacquelyn D. Austin, United States District Judge, who adopts the Report and Recommendation of United States Magistrate Judge Kaymani D West.

                                                  Robin L. Blume
                                                  CLERK OF COURT

                                                  By: s/Leah Gibbons, Deputy Clerk

June 24, 2024